UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Andrew Miller                              3452376

Latasha Carr

_(Enter above the full name of the plaintiff_     _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**                    **CIVIL ACTION NO.** 2:19-907
                              _(Number to be assigned by Court)_

Lt. Woodley, officer

john doe, officer, Cpl. Waller C.P.d.

john doe, officer

john doe, officer

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                Yes _____        No ✓



1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

2.  Court (if federal court, name the district; if state court, name the county);

    _____

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

    _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** Stevens Correctional Center

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____      No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: This is a case pertaining to the South Charleston Police dept not prison.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Andrew miller

        Address: 795 Virginia st CHlch WVa 29801

    B. Additional Plaintiff(s) and Address(es): Latasha Carr 806 Crest dr Charleston WV 25301

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: L.T. Warnke

   is employed as: Officer

   at Charleston Police dept.

D. Additional defendants: John Doe (#1)

   South Charleston Police dept.

   Cpl. Waller Charleston Police dept.

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On Aug. 15, 2019, the South Charleston Police dept pulled over LaTash Carr & I at Fairlawn Ave & King Street in Dunbar WV at 0394 hrs, due to this vehical looking like the vehical involved in a shooting earlier in Charleston. (C+1)

2. John Doe (#1) Ambush the Carr and detain us in their cruisers and search the vehical without consent nor warrant. (C+1)

4

3. Cpl. Waller search the vehical without permission an found a 380 in the Center Consol, Conceled.

4. Cpl. Waller Search the Vehical an found a 9mm Ruger Conceled in the glove box. with no Consent.

5. We was detain tell 7 ~~pm~~ Seven in the morning with out being Charged.

6. I was took to Charleston Police dept an charge with Prohibited Person Possasion a firearm & Prohibited Person Person Possion of Conceled firearm.

7. At the Preliminary Hearning on Sept 4, 2019 Hollis T Lewis II magistrate dismissed Prohibited Person Possessing a firearm.

8. Latasha Carr made it clear the Vehical & guns belong to her! I had no Knowledge of the weapons. (Ex. 2)

IV. **Statement of Claim (continued):**

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ASK the Court to dismiss the Pending Prohibited Person Possion of a Concelled Weapon, Reinstate my Parole & Reward us $500,000 in cash for violateing our 4 admendment search & siezure.

5

**V.     Relief (continued)):**

_____
_____
_____
_____
_____
_____


**VII.   Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _No info on how to do so._

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20___.

_Andre Miller_

_Latasha Corr_

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___Dec 17, 19___.
           (Date)

_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)